UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GJMS, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 2:18 CV 135 |
| | ) |
| HAMSTRA BUILDERS, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

This matter is before the court on plaintiff's motion for sanctions. (DE # 36.) On March 13, 2019, Magistrate Judge John E. Martin issued a report and recommendation, in which he recommended that the court grant the motion for sanctions. (DE # 46.) Additionally, he recommended that the defendants be ordered to provide an affidavit to plaintiff, certifying: (1) the identities of the individuals who developed and executed any searches for documents; (2) the computers and/or servers that were searched; (3) the search terms, or any other filters, used in conducting the searches; (4) all steps taken to preserve relevant hard copy data, and (5) defendants' policies for document retention, including any steps taken to preserve evidence after the litigation began. (*Id*. at 4.)

Magistrate Judge Martin also informed the parties that any objections must be made within 14 days after being served with a copy of the report and recommendation. (*Id*. at 5.) That time has passed, and no objections have been filed. Therefore, the court **ACCEPTS and ADOPTS** Magistrate Judge Martin's report and recommendation (DE

# 46). The court **GRANTS, with relief other than requested,** plaintiff's motion for sanctions (DE # 36), and **ORDERS** defendants to provide plaintiff with an affidavit consistent with the terms of this order by **April 30, 2019**.

SO ORDERED.

Date: April 4, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT