UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GJMS, LLC, | ) |
|     **Plaintiff,** | ) |
| v. | )    No. 2:18 CV 135 |
| HAMSTRA BUILDERS, INC., *et al.*, | ) |
|     **Defendants.** | ) |

**O R D E R**

This matter is before the court on plaintiff's motion for sanctions (DE # 63), which the undersigned referred to Magistrate Judge John E. Martin for a report and recommendation (DE # 66.) On October 29, 2019, Magistrate Judge Martin issued a report and recommendation, in which he recommended that the court grant in part and deny in part the motion for sanctions. (DE # 70.) Specifically, Magistrate Judge Martin recommended a sanction against defendants in the form of payment of plaintiff's fees and expenses incurred in connection with docket entries 36, 45, 55, 57, 63, 65, and 69. (*Id.* at 6.)

Magistrate Judge Martin also informed the parties that any objections must be made within 14 days after being served with a copy of the report and recommendation. (*Id.*) That time has passed, and no objections have been filed. Therefore, the court **ACCEPTS and ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 70), and **GRANTS in part and DENIES in part** plaintiff's motion for sanctions (DE # 63).

                                                  **SO ORDERED.**

Date: January 29, 2020

                                                  s/James T. Moody
                                                  JUDGE JAMES T. MOODY
                                                  UNITED STATES DISTRICT COURT