**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **GJMS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:18 CV 135** |
| | ) | |
| **HAMSTRA BUILDERS, INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

As no objections have been filed to the report and recommendation of Magistrate Judge John E. Martin dated June 19, 2020 (DE # 83), the court now **ADOPTS** it. The court **GRANTS in part and DENIES in part** the relief requested in plaintiff GJMS's Fee Petition for its Motion for Sanctions (DE # 77) and **ORDERS** defendants to reimburse GJMS, through counsel, the sum of $25,491.76.

**SO ORDERED.**

Date: August 17, 2020

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT